# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARY DAVIS, MAUREEN COLLIER, and THE POLICE RETIREMENT SYSTEMS OF ST. LOUIS, Derivatively on behalf of TARGET CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GREGG W. STEINHAFEL, BETH M. JACOB, JAMES A. JOHNSON, JOHN MULLIGAN, ANNE M. MULCAHY, ROXANNE S. AUSTIN, CALVIN DARDEN, MARY E. MINNICK, DERICA W. RICE, JOHN G. STUMPF, DOUGLAS M. BAKER, JR., HENRIQUE DE CASTRO, KENNETH L. SALAZAR, and SOLOMON D. TRUJILLO,<br><br>Defendants,<br><br>- and-<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>Nominal Defendant. | Civil Action No. 14-cv-00203 (PAM-JJK)<br><br><br>**LR 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING MEMORANDUM OF LAW OF THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF TARGET CORPORATION IN SUPPORT OF ITS MOTION FOR APPROVAL AND DISMISSAL** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:**

I, Steve Gaskins, certify that the Memorandum of Law of the Special Litigation Committee of the Board of Directors of Target Corporation in Support of its Motion for Approval and Dismissal complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used Microsoft Word 2010 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 6,551.

Dated:  May 6, 2016                    **GASKINS BENNETT BIRRELL SCHUPP, LLP**

/s/ Steve Gaskins
Steve Gaskins, MN. #147643
Daniel P. Brees, MN #395284
Ian S. Birrell, MN #396379
333 South Seventh Street, Suite 3000
Minneapolis, MN  55402
Phone:  612.333.9500
Fax:  612.333.9579
sgaskins@gaskinsbennett.com
dbrees@gaskinsbennett.com
ibirrell@gaskinsbennett.com

*Attorneys for the Special Litigation Committee of Target Corporation's Board of Directors*